UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LEE MCCALL, <br><br> Plaintiff, <br><br> vs. <br><br> LINDA T. MCGREW, WARDEN; GUSTIN, ASSISTANT WARDEN; S. STIPE, EDUCATION TEACHER; J. TONEY, ASSISTANT WARDEN; M. SCHULDT, ASSISTANT SUPERVISOR OF EDUCATION, <br><br> Defendants. | Case No. CV 12-6687-VAP (DTB) <br><br> **J U D G M E N T** |

Pursuant to the Order Summarily Dismissing Action filed March 5, 2013,

IT IS ADJUDGED that the action is dismissed without prejudice, pending payment of the full filing fee.

DATED: _July 17, 2013_____

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

1