JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LEE MCCALL, | ) Case No. CV 12-6687-VAP (DTB) |
| Plaintiff, | ) |
| | ) **J U D G M E N T** |
| vs. | ) |
| LINDA T. MCGREW, WARDEN; GUSTIN, ASSISTANT WARDEN; S. STIPE, EDUCATION TEACHER; J. TONEY, ASSISTANT WARDEN; M. SCHULDT, ASSISTANT SUPERVISOR OF EDUCATION, | ) ) ) ) ) ) ) |
| Defendants. | ) |

Pursuant to the Order Summarily Dismissing Action filed March 5, 2013,

IT IS ADJUDGED that the action is dismissed without prejudice, pending payment of the full filing fee.

DATED: _July 17, 2013____  _____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

1